UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER M. JOHNSON,　　　　　:　CIVIL ACTION NO. 3:12-CV-0100
　　　　　　　　　　　　　　　　　　:
　　　　　　　Plaintiff　　　　　　:　(Judge Nealon)
　　　　　　　　　　　　　　　　　　:
　　　　v.　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
ADERHOLD,　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　　Defendants　　　　　　:

**FILED
SCRANTON**

JAN 2 7 2012

PER _____
**DEPUTY CLERK**

**ORDER**

**NOW, THIS 27th DAY OF JANUARY, 2012,** for the reasons set forth in the

Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

　　1.　　Plaintiff's motion to proceed in forma pauperis (Doc. 2) is **GRANTED**
　　　　　only for the purpose of filing the complaint.

　　2.　　The complaint is **DISMISSED** without prejudice under 28 U.S.C. §
　　　　　1915(e)(2)(B)(ii).

　　3.　　The Clerk of Court is directed to **CLOSE** this case.

　　4.　　Any appeal from this order will be deemed frivolous, not taken in
　　　　　good faith and lacking probable cause.

_____
**United States District Judge**