UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER M. JOHNSON, | : | CIVIL ACTION NO. 3:12-CV-0100 |
| Plaintiff | : | (Judge Nealon) |
| v. | : | |
| ADERHOLD, | : | |
| Defendants | : | |

**ORDER**

**NOW, THIS 27th DAY OF JANUARY, 2012**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion to proceed in forma pauperis (Doc. 2) is **GRANTED** only for the purpose of filing the complaint.

2. The complaint is **DISMISSED** without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii).

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this order will be deemed frivolous, not taken in good faith and lacking probable cause.

**United States District Judge**